## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**JOHN ANTHONY CASTRO #93890-510**          **CASE NO.  2:25-CV-00306 SEC P**

**VERSUS**                                              **JUDGE DAVID C. JOSEPH**

**WARDEN F C I OAKDALE**                       **MAGISTRATE JUDGE LEBLANC**

### <u>MEMORANDUM ORDER</u>

Before the court is a complaint filed on March 10, 2025.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $405.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $405.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS. **Plaintiff must submit the complaint <u>on approved forms</u> that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this _____ day of _____, 2025.

_____
                         Thomas P. LeBlanc
                         United States Magistrate Judge

w/Enclosures to plaintiff: Bivens Complaint form & IFP application